1 | JAMIE K SERB, SBN 289601
jamie@crosnerlegal.com
2 | MICHAEL W. JONES, SBN 312831
3 | michael.jones@crosnerlegal.com
ZACH M. CROSNER, SBN 272295
4 | zach@crosnerlegal.com
5 | **CROSNER LEGAL, P.C.**
9440 Santa Monica Blvd., Suite 301
6 | Beverly Hills, CA 90210
7 | Telephone: 866.276.7637
Facsimile: 310.510.6429
8 |

9 | Attorneys for Plaintiff David Cortes,
as an individual and on behalf of all others
10 | similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID CORTES, as an individual on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES DEPARTMENT OF MENTAL HEALTH, a Government Entity; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:22−cv−08026−SPG−RAO<br><br>[Assigned to the Hon. Sherilyn Peace Garnett; Magistrate Judge: Hon. Rozella A. Oliver]<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: August 16, 2022 |

Plaintiff David Cortes and Defendant County of Los Angeles (incorrectly sued as Los Angeles Department of Mental Health) (collectively, the "Parties") hereby notify the Court that the Parties have agreed to settle the above-captioned matter on an individual, non-class basis. The Parties are in the process of executing a finalized, fully integrated settlement agreement, and anticipate that the agreement will be executed within the next 60 days. Upon execution of the settlement agreement, Plaintiff will file a Joint Stipulation to Dismiss the matter with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class members' claims.

The Parties respectfully request that the Court vacate the June 4, 2024 trial date and all associated dates and deadlines, and set this matter for a status conference approximately 90 days from the date of filing of this Notice of Settlement.

Dated: April 18, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/Paul Berkowitz
PAUL BERKOWITZ
Attorneys for Defendant
COUNTY OF LOS ANGELES

Dated: April 18, 2024

CROSNER LEGAL, P.C.

By  [signature]
MICHAEL W. JONES
Attorneys for Plaintiff
DAVID CORTES

-1-

NOTICE OF SETTLEMENT

# PROOF OF SERVICE
*David Cortes v. Los Angeles Co. Department of Mental Health*

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 9440 Santa Monica Blvd., Ste. 301, Beverly Hills, CA 90210.

On April 18, 2024, I served true copies of the following document(s) described as

**NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

☒ **(BY ELECTRONIC MAIL)** by agreement of the parties to accept service by electronic means, I transmitted copies of the above-referenced document(s) from the email address maria@crosnerlegal.com to be sent to the persons listed on the service list at the electronic addresses listed.

**SERVICE LIST:**

| | |
|---|---|
| Ronda D Jamgotchian<br>Paul Berkowitz<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON**<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6017<br>Telephone: 310-228-3700<br>Facsimile: 310-228-3701 | pberkowitz@sheppardmullin.com<br>rjamgotchian@sheppardmullin.com<br>rnhan@sheppardmullin.com<br>dganz@sheppardmullin.com<br>GSchemerhorn@sheppardmullin.com<br>CGreen@sheppardmullin.com<br>dganz@sheppardmullin.com<br><br>Attorneys for Defendant:<br>LOS ANGELES COUNTY DEPARTMENT OF MENTAL HEALTH |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 18, 2024, at Los Angeles, California.



Maria Monterrey

1