JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CORTES, as an individual on behalf of himself and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>LOS ANGELES DEPARTMENT OF MENTAL HEALTH, a Government Entity; and DOES 1-100, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-08026-SPG-RAO<br><br>**ORDER OF DISMISSAL** |

The Court is in receipt of the Notice of Voluntary Dismissal filed by the parties. (ECF No. 24). Plaintiff's individual claims are hereby DISMISSED, with prejudice, and Plaintiff's class claims are hereby DISMISSED, without prejudice.

**IT IS SO ORDERED.**

Dated: April 29, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT

1
ORDER